# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 3, 2025

Lyle W. Cayce
Clerk

No. 24-40583
Summary Calendar

———————————

Marvin Gabriel Holmes,

*Plaintiff—Appellant*,

*versus*

State of Texas; Keith F. Giblin; William Michael Laird; Maurice Holmes; Renee Coward,

*Defendants—Appellees*.

———————————————————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:24-CV-296

———————————————————————————

Before Richman, Southwick, and Willett, *Circuit Judges*.

Per Curiam:[*]

Marvin Gabriel Holmes filed a petition for emergency injunctive relief. However, before the district court could address the petition, Holmes filed a notice of appeal. Holmes reurges the same claims set out in his petition and has filed a number of motions.

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-40583

We have jurisdiction over final decisions, certain interlocutory orders and decrees, judgments or orders certified as final or as appealable under Federal Rule of Civil Procedure 54(b) or as appealable under 28 U.S.C. § 1292(b), and certain decisions under the collateral order doctrine. *See* 28 U.S.C. §§ 1291, 1292; *Martin v. Halliburton*, 618 F.3d 476, 481-82 (5th Cir. 2010). Because the court has entered no judgments or orders at all, we lack jurisdiction over this appeal. *See Martin*, 618 F.3d at 481.

Accordingly, we DISMISS the appeal for lack of jurisdiction. All pending motions are DENIED.